People v Cruz-Rodriguez (2022 NY Slip Op 51139(U))

[*1]

People v Cruz-Rodriguez (Carlos)

2022 NY Slip Op 51139(U) [77 Misc 3d 128(A)]

Decided on October 27, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 27, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : JERRY GARGUILO, P.J., ELIZABETH H. EMERSON, TIMOTHY
S. DRISCOLL, JJ

2021-319 N CR

The People of the State of New
York, Respondent,
against
Carlos Cruz-Rodriguez, Appellant.

Langone & Associates, PLLC (Richard M. Langone), for appellant.
Nassau County District Attorney (Barbara Kornblau of counsel), for respondent.

Appeal from a judgment of the District Court of Nassau County, First District
(Anthony W. Paradiso, J., at plea; David W. McAndrews, J., at sentence), rendered May
7, 2021. The judgment convicted defendant, upon his plea of guilty, of assault in the
third degree, and imposed sentence. Assigned counsel has submitted a brief in
accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as
counsel.

ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned
counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an
independent review of the record, we conclude that there are no nonfrivolous issues
which could be raised on appeal. Counsel's application for leave to withdraw as counsel
is, therefore, granted (see id.; People v Murray, 169 AD3d 227 [2019];
Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige,
54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
GARGUILO, P.J., EMERSON and DRISCOLL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 27,
2022